**Order filed June 28, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00224-CV

_____

**CLAUDIA WASHINGTON GREENE, Appellant**

**V.**

**GERALD SCOTT GREENE, Appellee**

**On Appeal from the 387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 320790387**

## O R D E R

After appellant filed a statement of inability to afford payment of costs, the court reporter filed a contest challenging appellant's claim of indigence. The trial court sustained the contest on April 26, 2018. As a result, appellant is required to pay to have the reporter's record prepared and filed.

The reporter's record has not been filed. On May 29, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof that she

has paid or made arrangements to pay for the record. Such proof was due by June 13, 2018. Appellant did not file such proof or other response.

Accordingly, we order appellant to file a brief in this appeal by July 30, 2018. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM